# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - CHANGE OF PLEA

Case No.: 5:24-CR-15-KK-2  Date: November 12, 2024

Present: The Honorable **Kenly Kiya Kato**, ☑ District Judge / ☐ Magistrate Judge

| Noe U. Ponce | RS/CS Courtroom Three | N/A | Jason Alexander Gorn |
|---|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Interpreter* | *Assistant U.S. Attorney* |

**USA v. DEFENDANT(S) PRESENT**

2-Kristian Eugene Caldwell
☐ Custody ☑ Bond ☐ O/R

**ATTORNEYS PRESENT FOR DEFENDANTS**

Oliver P. Cleary, CJA
☑ Appointed ☐ Retained

**PROCEEDINGS:** CHANGE OF PLEA

☑ Defendant moves to change plea to the Indictment.
☑ Defendant now enters a new and different plea of Guilty to Count(s) **One** of the Indictment.
☑ The Court questions the defendant regarding plea of Guilty and finds it knowledgeable and voluntary and orders the plea accepted and entered
☑ The Court refers the defendant to the Probation Office for investigation and report and continues the matter to **February 6, 2025, at 11:00 a.m.** for sentencing.
☑ The Court vacates the court and/or jury trial date.
☑ The pretrial conference set for **11/14/2024** is off calendar as to defendant **Kristian Eugene Caldwell**.
☐ Court orders:

☐ Other:

00 : 35

Initials of Deputy Clerk  NP

cc: Probation Office